IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATHAN KOWARSKY,

    Plaintiff,

  v.

AMERICAN FAMILY LIFE INSURANCE COMPANY,

    Defendant.

Case No. 22-cv-377-wmc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant American Family Life Insurance Company against plaintiff Nathan Kowarsky.

| s/ Deputy Clerk | 8/31/2023 |
|---|---|
| Joel Turner, Clerk of Court | Date |